UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL BOARD OF MANAGERS OF THE CASSA NY CONDOMINIUM,

Plaintiff,

-against-

Z.H. TANG LLC,

Defendant.

26-cv-9971 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Tang should immediately serve the Residential Board, and the Residential Board should respond to the notice of removal within 14 days of being served.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge